```
 1  Kent F. Larsen, Esq.
    Nevada Bar No. 3463
 2  SMITH LARSEN & WIXOM
    Hills Center Business Park
 3  1935 Village Center Circle
    Las Vegas, Nevada 89134
 4  Tel:  (702) 252-5002
    Fax: (702) 252-5006
 5  Email: kfl@slwlaw.com
    Attorneys for Defendant
 6  JPMorgan Chase Bank, N.A.
 7
 8                     UNITED STATES DISTRICT COURT
 9                           DISTRICT OF NEVADA
10
11  SHARON L. KIRBY                 )
12                                  )   Case No.    2:15-cv-00342-RFB-CWH
               Plaintiff,           )
13                                  )
    vs.                             )
14                                  )   STIPULATION AND [PROPOSED]
    CAPITAL ONE BANK (USA), N.A.,   )   ORDER EXTENDING DEFENDANT
15  JPMORGAN CHASE BANK N.A.,       )   JPMORGAN CHASE BANK N.A.'s
    GREEN TREE SERVICING, LLC, ONE  )   TIME TO RESPOND TO COMPLAINT
16  NEVADA CREDIT UNION, NEVADA     )
    FEDERAL CREDIT UNION, and EQUIFAX)  (FIRST REQUEST)
17  INFORMATION SERVICES, LLC,      )
                                    )
18             Defendants.          )
                                    )
19  _____  )
20
         Plaintiff Sharon L. Kirby, and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and
21
    through their undersigned counsel, hereby stipulate as follows:
22
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .
```

1.    Chase shall have through and including Tuesday, June 30, 2015 to file a response to Plaintiff's Complaint on file in this matter.

The parties inform the Court that this request is being made as the parties are discussing the potential for informal resolution of the claims against Chase in this matter.

| KAZEROUNI LAW GROUP, APC | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *Danny J. Horen, , Esq.*<br>Danny J. Horen, Esq.<br>Nevada Bar No. 13153<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (800) 400-6808x7<br>Facsimile:   (800) 520-5523<br>Email: danny@kazlg.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>Telephone: (702) 880-5554<br>Facsimile:   (702) 385-5518<br>Email: dkrieger@hainesandkrieger.com<br>Attorneys for Plaintiff Sharon L. Kirby | \s\ *Kent F. Larsen,*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 252-5002<br>Facsimile:   (702) 252-5006<br>Email: kfl@slwlaw.com<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. |

## ORDER

**IT IS SO ORDERED.**

DATED this 15th day of June, 2014.

C.W. Hoffman, Jr.
United States Magistrate Judge

2