LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
LEVINE GARFINKEL & ECKERSLEY
8880 W. Sunset Road, Suite 290
Las Vegas, Nevada 89148
(702) 735-0451
(702) 735-2198  (Fax)
Attorneys for Defendant One Nevada Federal Credit
Union f/k/a Nevada Federal Credit Union

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON L. KIRBY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A., JPMORGAN CHASE BANK, N.A., GREEN TREE SERVICING, LLC, ONE NEVADA CREIDT UNION, NEVADA FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC.<br><br>　　　　　　Defendants. | Case No.:   2:15-CV-00342-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ONE NEVADA CREDIT UNION F/K/A NEVADA FEDERAL CREDIT UNION ONLY** |

　　IT IS STIPULATED by and between the Plaintiff Sharon L. Kirby ("Kirby") and Defendant One Nevada Credit Union f/k/a Nevada Federal Credit Union ("One Nevada"), through undersigned counsel, that Plaintiff Kirby's claims against Defendant One Nevada are dismissed without prejudice, each party to

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1 | bear their own attorneys' fees and costs.

2

3 | DATED this 7th day of June, 2015      DATED this 5th day of J~, 2015

4 | KAZEROUNI LAW GROUP, APC      LEVINE GARFINKEL & ECKERSLEY

5 | By: _____      By: _____
Danny J. Horen, Esq.      Louis E. Garfinkel, Esq.
6 | 7854 W. Sahara Avenue      8880 W. Sunset, Suite 290
Las Vegas, NV 89117      Las Vegas, Nevada 89148
7 |                                         Attorneys for One Nevada Credit Union f/k/a
and                                    Nevada Federal Credit Union
8

9 | David H. Krieger, Esq.
Haines & Krieger, LLC
10 | 8985 S. Eastern Avenue, Suite 130
Las Vegas, NV 89123
11 | Attorneys for Plaintiff Sharon L. Kirby      IT IS SO ORDERED.

12

13 |                                                 _____

14 |                                                 RICHARD F. BOULWARE, II
United States District Judge
15

16 | Respectfully submitted:                  DATED: June 16, 2015.

17 | LEVINE, GARFINKEL & ECKERSLEY

18

19 | By: _____
Louis E. Garfinkel, Esq.
20 | Nevada Bar No. 3416
8880 W. Sunset Road, Suite 290
21 | Las Vegas, Nevada 89148
Attorneys for Defendant One Nevada Credit
22 | Union f/k/a Nevada Federal Credit Union

23

24

25

26

27

28

- 2 -