1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  SMITH LARSEN & WIXOM
   Hills Center Business Park
3  1935 Village Center Circle
   Las Vegas, Nevada 89134
4  Tel: (702) 252-5002
   Fax: (702) 252-5006
5  Email: kfl@slwlaw.com
   Attorneys for Defendant
6  JPMorgan Chase Bank, N.A.

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 SHARON L. KIRBY                    )
12                                    )   Case No.    2:15-cv-00342-RFB-CWH
                 Plaintiff,           )
13                                    )
   vs.                                )   STIPULATION
14                                    )   ORDER DISMISSING CLAIMS
   CAPITAL ONE BANK (USA), N.A.,      )   AGAINST JPMORGAN CHASE
15 JPMORGAN CHASE BANK N.A.,          )   BANK N.A., WITH PREJUDICE
   GREEN TREE SERVICING, LLC, ONE     )
16 NEVADA CREDIT UNION, NEVADA        )
   FEDERAL CREDIT UNION, and EQUIFAX  )
17 INFORMATION SERVICES, LLC,         )
                                      )
18               Defendants.          )
                                      )
19 _____)

20      Plaintiff Sharon L. Kirby ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A.
21 ("Chase"), by and through their undersigned counsel, hereby stipulate as follows:
22
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

1.  That all claims of Plaintiff as against Chase in the above-captioned matter shall be dismissed **with prejudice**; and,

2.  Each party to this stipulation shall bear its own costs and attorneys' fees.

| KAZEROUNI LAW GROUP, APC | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *Danny J. Horen, , Esq.* <br> Danny J. Horen, Esq. <br> Nevada Bar No. 13153 <br> 7854 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Telephone: (800) 400-6808x7 <br> Facsimile:   (800) 520-5523 <br> Email: danny@kazlg.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 130 <br> Henderson, Nevada 89123 <br> Telephone: (702) 880-5554 <br> Facsimile:   (702) 385-5518 <br> Email: dkrieger@hainesandkrieger.com <br> Attorneys for Plaintiff Sharon L. Kirby <br><br> Dated: August 28, 2015 | \s\ *Kent F. Larsen,* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Hills Center Business Park <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Telephone: (702) 252-5002 <br> Facsimile:   (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A. <br><br> Dated: August 28, 2015 |

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of September, 2015